**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 23 WAP 2014
:
           Appellant        : Appeal from the Order of the Court of
: Common Pleas of Blair County entered
: May 14, 2014 at No.
         v.             : CP-07-CR-0001032-2013.
:
:
:
JERMAINE J. MORGAN,          :
:
           Appellee         :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).